IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA L. FAULKNER, an individual;<br><br>        Plaintiff,<br><br>  vs.<br><br>DOUGLAS COUNTY, NEBRASKA, a political subdivision of the State of Nebraska;<br><br>        Defendant. | 8:15CV303<br><br>JUDGMENT |

For the reasons stated in the accompanying Memorandum and Order,

1.    The Motion for Summary Judgment, ECF No. 26, submitted by Defendant Douglas County, Nebraska, is granted; and

2.    The Plaintiff's Complaint, ECF No. 1, is dismissed, with prejudice.

Dated this 22st day of December, 2016

                              BY THE COURT:

                              s/Laurie Smith Camp
                              Chief United States District Judge